| | |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | FRANCESCO P. BENAVIDES, CSBN 258924 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| |     333 Market St., Suite 1500 |
| 7 |     San Francisco, CA  94105 |
| 8 |     Telephone:  (415) 977-8978 |
| |     Facsimile:  (415) 744-0134 |
| 9 |     Email:  Francesco.Benavides@ssa.gov |
| 10 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ANN JOY, | ) | Case No. 11-02560 VBF (SH) |
| | ) | |
|     Plaintiff, | ) | **[PROPOSED]** |
|       v. | ) | **JUDGMENT OF REMAND** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 11/1/11                       _____
                                          HON. VALERIE BAKER FAIRBANK
                                          UNITED STATES DISTRICT JUDGE